WILLIAM A. GUEST, Appellant, *v.* THE CITY OF BROOKLYN
et al., Respondents.

(Argued December 1, 1879 ; decided January 13, 1880.)

THIS action was brought to cancel a tax laid upon a lot
owned by plaintiff in the city of Brooklyn; to set aside a
sale of said lot for the payment of the tax; and to restrain
the giving a certificate of sale or a conveyance. Defendants
pleaded a former suit in bar.

The former action (reported 69 N. Y., 506), was to set
aside a tax imposed in 1871, for an installment of an
apportionment made by the board of assessors of said city,
under the act (chap. 383, Laws of 1869), upon said lot for
a local improvement, a certain portion of which was to be
annually assessed thereon. The present action brought up
for review certain alleged errors and irregularities in the
same assessment and apportionment founded upon an install-
ment in the tax list for 1872. *Held*, that the former adju-
dication was binding and conclusive, as it did not appear that
the matters presented here differed from those alleged in the
former action, or which then existed and might have been
alleged, or that they were not within the knowledge of the
plaintiff when the former action was tried; that it was
necessary for plaintiff to show, to avoid the plea, not only
that there were new matters entirely changing the aspect
of the case, but that it was not and could not by reasonable
diligence have been ascertained by him before.

The court reiterates the doctrine of the former case, that the action was not maintainable, as any person claiming title under the tax sale would have the *onus* of proof as to all the proceedings, including those prior to the assessment-roll. Every step must be shown to be in conformity to the statutory direction authorizing the proceedings. (*Sharp* v. *Spier*, 4 Hill, 76; *Adams* v. *S. and W. R. Co.*, 10 N. Y., 328; *Merritt* v. *Port Chester*, 71 id., 309; *Hilton* v. *Bender* 69 id., 75.

*John J. Townsend* for appellant.

*Wm. C. De Witt* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.